# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOEL H. GILCHRIST, )<br>)<br>Defendant. ) | No. 3:09-00255<br>Judge Trauger |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 5, 2012, this Court entered a Preliminary Order of Forfeiture as to Joel H. Gilchrist ordering Defendant Joel H. Gilchrist to forfeit the following property:

(1) any visual depiction described in violation of 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other mater which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property,

including but not limited to the following items:

1. An AMD Athelon x2 tower (computer);

2. A Soprano RS tower (computer);

3. 18 hard drives;

4. 3 thumb drives;

5. An Olympus D520 camera;

6. A Logitech web camera; and

7. Approximately 480 CD/DVDs.

(hereinafter collectively referrred to as "Subject Property") seized from 107 Timberview Circle, LaVergne, TN 37086 on or about September 29, 2009.

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on November 7, 2012 and ending on December 6, 2012; and

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this Final Order of Forfeiture or prior to the disposal the Subject Property or upon a determination by the agency that the Subject Property or its contents are no longer necessary for trial in this matter the Subject Property shall be wiped clean of all information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 14th day of January, 2013.

_____
JUDGE ALETA A. TRAUGER
United States District Judge